OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


Office of Disciplinary Counsel v. Roetzel.
[Cite as Disciplinary Counsel v. Roetzel (1994),          Ohio
St.3d      .]
Attorneys at law -- Misconduct -- Indefinite suspension --
     Conviction for attempted income tax evasion -- Conduct
     involving moral turpitude -- Conduct involving dishonesty,
     fraud, deceit or misrepresentation -- Conduct adversely
     reflecting on fitness to practice law.
     (No. 94-971 -- Submitted July 27, 1994 -- Decided
September 28, 1994.)
     On Certified Report by the Board of Commissioners on
Grievances and Discipline of the Supreme Court, No. 93-73.
     On December 6, 1993, relator, Office of Disciplinary
Counsel, filed a complaint alleging misconduct against
respondent Bernard R. Roetzel of Stow, Ohio, Attorney
Registration No. 0032235.  The complaint alleged violations of
DR 1-102(A)(3) (conduct involving moral turpitude), 1-102(A)(4)
(conduct involving dishonesty, fraud, deceit or
misrepresentation), and 1-102(A)(6) (conduct adversely
reflecting on fitness to practice law).
     These charges arose from respondent's October 1, 1993 plea
of guilty, in the United States District Court for the Northern
District of Ohio, to attempted income tax evasion.  On that
same day, claimant was sentenced to two years' probation
subject to certain conditions.  By November 12, 1993 order of
the Supreme Court of Ohio, respondent was indefinitely
suspended from the practice of law.  In re Roetzel (1993), 67
Ohio St.3d 1499, 622 N.E.2d 648.
     Respondent's failure to respond to the December 6, 1993
complaint prompted relator's motion for default judgment on
March 2, 1994.  On March 9, 1994, respondent was found in
contempt by this court in case No. 93-2091, for failing to
comply with the court's November 1993 order.
     Relator's motion for default judgment was heard by a panel
of the Board of Commissioners on Grievances and Discipline
("board").  The panel sustained the motion and found respondent
guilty of all Disciplinary Rule violations.  It recommended
that respondent be indefinitely suspended from the practice of

law in Ohio without credit for time served since November 1993.  The board concurred in the panel's findings, conclusions and recommendation, and further recommended that the costs of the proceedings be taxed to respondent.

Geoffrey Stern, Disciplinary Counsel, and Alvin E. Mathews, Assistant Disciplinary Counsel, for relator.

Per Curiam.  We concur in the findings and recommendations of the board.  Respondent is hereby indefinitely suspended from the practice of law in Ohio with no credit given for time served since November 1993.  Costs taxed to respondent.

Judgment accordingly.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.